**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE:                                                                          Case No. 24-50418
                                                                                Chapter 13
JOHN WILLIAM CARTER


                    Debtor

### TRUSTEE'S PETITION TO DISMISS CASE AND NOTICE OF HEARING

COMES NOW the Standing Chapter 13 Trustee, and moves this Court to dismiss this case because the Debtor defaulted in making plan payments pursuant to the confirmed Chapter 13 plan as follows:

**DATE OF LAST PAYMENT: 03/25/2026**          **ESTIMATED AMOUNT OF ARREARAGE**
                                             **\*AS OF 04/15/2026 is $0.00**
                                             Number of months in arrears is: **0**

The confirmed plan does not pay 100% to unsecured creditors as required by the confirmation order.

To cure this default, please send payments to:

    Office of the Chapter 13 Bankruptcy Trustee, Angela M. Scolforo
    P.O. Box 1961, Memphis, TN 38101-1961

The Trustee may request immediate dismissal of the case at the hearing below unless the Debtor(s) cure the default, submit an order resolving the default, or file an amended plan to cure the default prior to the hearing noticed below.

### NOTICE OF HEARING

The hearing on the Trustee's Motion to Dismiss Case shall be held on the date and time below, which hearing shall be held by VIDEO CONFERENCE. Do NOT appear in person. Any party opposing the motion or seeking to be heard must join the video conference hearing using the meeting ID and link on:
**June 18, 2026, at 9:30 A.M.**

ZOOM Meeting ID:  160 369 2643
ZOOM Link:  https://vawb-uscourts-gov.zoomgov.com/j/1603692643

### Certificate of Service

On April 15, 2026, I mailed a copy of this Motion and Notice of Hearing by first-class mail, postage paid, to the Debtor, JOHN WILLIAM CARTER, 840 SHENANDOAH SHORES ROAD, FRONT ROYAL, VA 22630, and served it electronically upon the Debtor's attorney.

/s/ Angela M. Scolforo
_____
Angela M. Scolforo, Chapter 13 Trustee VSB #42574
P. O. Box 2103, Charlottesville, VA  22902
Ph: 434-817-9913, Email: ch13staff@cvillech13.net